| AO 10 Rev. 1/2009 |
|---|

# FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schlesinger, Harvey E | Middle District of Florida | 4.28.09 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 6. Reporting Period |
| US District Judge, Senior Status | 5b. ☐ Amended Report | 01-1-08 to 12-31-08 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. | |
| 300 N Hogan ST #11-150 Jacksonville, Florida 32202-4246 | Reviewing Officer______ Date______ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)* All Canon 5

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | River Garden Hebrew Home for the Aged & Holding Co. |
| 2. | Trustee | The Community Foundation |
| 3. | Trustee | Middle District of Florida Historical Society |
| 4. | | |
| 5. | | |

RECEIVED
2009 MAY 11 A 10: 56
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | 4.28.09 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | June 25-26 | Boca Raton, Fl | Speaker | Milage, Food, Lodging |
| 2. | American Board of Trial Advocates | July 23-25 | Palm Coast Fl | Speaker | Food, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | 4-28-09 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | 4.28.09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CSX Stock | A | Div | J | T | | | | | |
| 2. Morgan Chase Stock | A | Div | J | T | | | | | |
| 3. Wachovia Money Mkt Assets Stock | B | Div | J | T | | | | | |
| 4. Jax Fed CU Accts | A | Int | J | T | Purchased<br>Redemption | 5.11<br>12.17 | M<br>M | D | |
| 5. Fifth Third Bank accts | B | Int | K | T | redemption | 4.21<br>4.27 | J<br>J | C | |
| 6. Eaton Vance Income Mgt Stock | B | Div | K | T | | | | | |
| 7. Eaton Vance Florida Muni Stock | C | Div | L | T | | | | | |
| 8. Van Kampen Equity Stock | B | Div | K | T | | | | | |
| 9. I Shares Dow Jones Stock | B | Div | K | T | | | | | |
| 10. Harley Davidson Stock | A | Div | J | T | | | | | |
| 11. Home Depot Stock | A | Div | J | T | | | | | |
| 12. Vodaphone Stock | A | Div | J | T | | | | | |
| 13. Walt Disney Holding Stock | A | Div | J | T | | | | | |
| 14. Intel Stock | A | Div | J | T | | | | | |
| 15. Marriott Int'l Stock | A | Div | J | T | | | | | |
| 16. St Joe Corp Stock | A | Div | J | T | | | | | |
| 17. Nuveen Mun Fund Stock | B | Div | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | 4-28-09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Cytogen Stock | | | | | Sell | 5-8 | J | A | public |
| 19. GE Stock | A | Div | J | T | | | | | |
| 20. Florida East Coast Stock | | | | | Sell | 1-1 | J | A | public |
| 21. Ford Motor Co Bond | A | Int | J | T | | | | | |
| 22. Cisco System Stock | A | Div | J | T | | | | | |
| 23. Prudential Financial Stock | A | Div | J | T | | | | | |
| 24. Tampa Fla. Waste Bond | A | Int | J | T | | | | | |
| 25. Broward County Airport Bond | A | Int | J | T | | | | | |
| 26. Wachovia Bank Sweeps Acct | B | Int | K | T | | | | | |
| 27. Eaton Vance Prime Rate Stock | A | Div | J | T | | | | | |
| 28. Franklin NY Tax Free Stock | B | Div | K | T | | | | | |
| 29. Nuveen Insd NY Mun Stock | B | Div | K | T | | | | | |
| 30. Rochester Muni Fund Stock | D | Div | M | T | | | | | |
| 31. Florida Tel Co CU accts | D | Int | N | T | Closed | 6-16 | N | D | |
| 32. The Jacksonville Bank accts | B | Int | M | T | CDs opened | 9-15 12-17 | M | | |
| 33. Florida Capital Bank accts | E | Int | N | T | purchased redemption | 3-21 2-21 | F | D | |
| 34. Wachovia Bank accts | D | Int | M | T | redemption | 10-2 | M | D | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | 4-28-09 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Citadel Broadcasting Stock | A | Div | A | T | | | | | |
| 36. | World Savings Bank accts | B | Int | K | T | | | | | |
| 37. | America's Bank accts | A | Int | M | T | CD purchase | 10.6 | M | A | |
| 38. | Western Bank acct | | | L | T | CD purchased | 2.23 | L | | |
| 39. | First Bank acct | C | Int | M | T | CD Purchased redemption | 5.16 12.17 | M | C | |
| 40. | | | | | | | | | | |
| 41. | | | | | | | | | | |
| 42. | | | | | | | | | | |
| 43. | | | | | | | | | | |
| 44. | | | | | | | | | | |
| 45. | | | | | | | | | | |
| 46. | | | | | | | | | | |
| 47. | | | | | | | | | | |
| 48. | | | | | | | | | | |
| 49. | | | | | | | | | | |
| 50. | | | | | | | | | | |
| 51. | | | | | | | | | | |

Blank

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schlesinger, Harvey E | 4-28-09 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Blank

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | 4-28-09 |

## IX. CERTIFICATION.

**I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.**

**I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND W**
**AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

